UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Epic Systems Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Epic Staffing Group, Inc.,<br><br>Defendant. | Case No. 3:24-cv-00692-wmc |

**DECLARATION OF HAZEL MAE B. PANGAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Hazel Mae B. Pangan, declare as follows:

1. I am an attorney licensed to practice before all courts in the State of California and have been granted admission in this Court *pro hac vice* in this matter. (ECF 31.) I am a partner with the law firm of Gordon Rees Scully Mansukhani, LLP, attorneys for the defendant Epic Staffing Group, Inc. ("Defendant"), in the above-referenced matter, and am one of the attorneys responsible for this representation. In that capacity, I have personal knowledge regarding filings in and matters related to this case, and all the matters contained in this declaration.

2. Attached as composite **Exhibit G**, including Exhibits G-1 through G-6, are true and correct copies of registrations containing the word "epic" as obtained from the United States Patent and Trademark Office's Trademark Status and Document Retrieval website database, located at https://tsdr.uspto.gov/ (last visited January 9, 2026), and of which registrations Defendant has requested the Court take judicial notice.

3. Attached as composite **Exhibit H**, including Exhibits H-1 through H-4, are true and correct copies of records (including the examiner's search summary, examiner's non-final office action, notice of publication, and consented abandonment of application) related to the

1

prosecution of Defendant's trademark application serial no. 97656647 as obtained from the United States Patent and Trademark Office's Trademark Status and Document Retrieval website database, located at https://tsdr.uspto.gov/ (last visited January 9, 2026), and of which records Defendant has requested the Court take judicial notice.

4. Attached as **Exhibit I,** including Exhibits I-1 through I-9, are true and correct copies of Plaintiff's trademark registrations asserted in this action as obtained from the United States Patent and Trademark Office's Trademark Status and Document Retrieval website database, located at https://tsdr.uspto.gov/ (last visited January 9, 2026), and of which Defendant has requested the Court take judicial notice.

5. Attached as **Exhibit J** is a true and correct copy of a document produced by Plaintiff at Bates Number EPIC014259-EPIC014264.

6. Attached as **Exhibit K** is a true and correct copy of Exhibits 133 [EPIC0000894] and 145 [EPIC001428-9] to the October 15, 2025 deposition of Christian Schloss.

7. Attached as **Exhibit L** is a true and correct copy of Plaintiff's January 5, 2026 Responses to Defendant's Third Set of Interrogatories.

8. Attached as **Exhibit M** is a true and correct copy of Plaintiff's January 5, 2026 Responses to Defendant's Fourth Set of Requests for Production.

9. Plaintiff produced no documents along with its January 5, 2026 Responses to Fourth Set of Requests for Production.

10. Attached as **Exhibit N** are true and correct copies of Exhibits 2 [ESG's January 24, 2025 Responses to Interrogatories], 9 [Document Bates No. ESG_00002561], 15 [Document Bates No. ESG_00123536- ESG_00123540], and 16 [Document Bates No. ESG_00123541- ESG_00123655] to the October 1, 2025 deposition of one of the corporate designees of Defendant, its Chief Executive Officer, Mark Siegel.

11. Attached as **Exhibit O** is a true and correct copy of Plaintiff's Second Supplemental Responses to Defendant's Interrogatories, Set One, served on October 10, 2025.

2

12. Documents identified by Epic Systems in response to Interrogatory No. 12, purportedly relating to direct evidence of actual confusion do not specify a customer or tradeshow attendee that reported any confusion regarding a connection between Epic Systems and ESG, do not identify any recipient of any such communication, and provided no detail regarding of the content of any alleged report.

13. The following documents were identified by Plaintiff in response to Defendant's Supplemental Response to Interrogatory No. 13, proffered as and purportedly relating to fame:

| Production Bates Nos. | Document Year | Publication | File Name |
|---|---|---|---|
| EPIC015526 | 2025 | EpicShare | EpicShare _ Share & Learn _ Increasing Revenue with Simpler Billing, Greater Efficiency, and Automation.pdf |
| EPIC015543 | 2025 | Healthcare IT News | Mentoring in health IT is more importan...pdf |
| EPIC015550 | 2025 | Healthcare IT News | Epic Emeritus CIO shows how IT leaders ...pdf |
| EPIC015635 | 2025 | Becker's Health IT | Epic Tops Best in Klas 2025 Rankings.pdf |
| EPIC000974–001252 | 2024 | KLAS Research | KLAS-report-2024-best-in-klas-awards-software-and-services-full.pdf |
| EPIC015531 | 2024 | Healthcare IT News | One of Epic_s emeritus CIO advisors on ...pdf |
| EPIC015597 | 2024 | Becker's Health IT | Florida health system eyes 2025 as 'year of innovation' after Epic go-live - Becker's Hospital Review _ Healthcare News & Analysis.pdf |
| EPIC015601 | 2024 | Becker's Health IT | Where Epic ranks in home health, per KLAS.pdf |
| EPIC015602 | 2024 | Becker's Hospital Review | 'Best in KLAS' software and services vendors for healthcare.pdf |
| EPIC015220 | 2023 | KLAS Research | Best in Klas 2023.pdf |
| EPIC015604 | 2023 | Becker's Health IT | Where Epic, Oracle Cerner, Meditech rank outside the US.pdf |
| EPIC015606 | 2023 | Becker's Health IT | The letter grades EHR vendors get for interoperability.pdf |
| EPIC014961 | 2022 | KLAS Research | Best in Klas 2022.pdf |

| EPIC015608 | 2022 | Becker's Health IT | Epic's huge healthcare impact — 5 stats.pdf |
| EPIC015609 | 2022 | Becker's Health IT | Epic named top EHR 12th straight year_ Insights from 2022 'Best in KLAS' rankings.pdf |
| EPIC001510–001520 | 2021 | Healthcare IT News | Epic to launch EpicShare at HIMSS21 _ Healthcare IT News.mhtml |
| EPIC001523–001529 | 2021 | Forbes | Forbes Article - EpicShare 8-23-21.pdf |
| EPIC015610 | 2021 | Becker's Health IT | Epic, Cerner are top population health vendors for large hospitals_ KLAS.pdf |
| EPIC015611 | 2021 | Becker's Health IT | KLAS' EHR market share breakdown_ Epic maintains 31% of hospitals.pdf |
| EPIC015612 | 2021 | Becker's Health IT | 31 numbers that show how big Epic, Cerner, Allscripts & Meditech are in healthcare.pdf |
| EPIC015614 | 2021 | Becker's Health IT | KLAS_ Epic, MatrixCare round out top EHRs for home health agencies.pdf |
| EPIC015615 | 2021 | Becker's Health IT | Epic named top overall software suite_ 6 insights from 2021 'Best in KLAS' rankings.pdf |
| EPIC014802 | 2020 | KLAS Research | Best in Klas 2020.pdf |
| EPIC015616 | 2020 | Becker's Health IT | KLAS names Epic, Meditech top acute care EMRs.pdf |
| EPIC015617 | 2020 | Becker's Health IT | Epic named 'Best in KLAS' overall software suite for the past decade.pdf |
| EPIC001667–001678 | 2019 | Wisconsin State Journal | Electronic health records giant Epic Systems turns 40 _WI State Journal 2019.pdf; |
| EPIC015618 | 2019 | Becker's Health IT | KLAS_ Epic ranked among top vendors for patient engagement.pdf |
| EPIC015620 | 2019 | Becker's Health IT | KLAS_ Epic, Cerner, Meditech top acute care EMRs.pdf |
| EPIC015622 | 2019 | Becker's Health IT | KLAS_ Large organizations say Epic is top practice management IT vendor.pdf |
| EPIC015623 | 2019 | Becker's Hospital Review | Epic, athenahealth lead in patient-portal satisfaction, KLAS finds.pdf |
| EPIC015625 | 2019 | Becker's Health IT | Epic's MyChart earns 'Best in KLAS' for patient portals.pdf |
| EPIC015626 | 2019 | Becker's Health IT | Epic named 'Best in KLAS' overall software suite for 9th straight year.pdf |
| EPIC015630 | 2018 | Becker's Health IT | Best in KLAS_ Epic named top Overall Software Suite for 8th year in a row.pdf |
| EPIC015629 | 2018 | Becker's Hospital Review | KLAS_ Epic has the best patient portal — 9 vendors ranked.pdf |

| | | | |
|---|---|---|---|
| EPIC015634 | 2018 | Becker's Health IT | 10 popular EMR vendors, ranked by number of global beds contracted in 2017.pdf |
| EPIC015628 | 2018 | Becker's Health IT | KLAS_ 4 popular EMR vendors ranked by global customer satisfaction.pdf |
| EPIC015632 | 2017 | Becker's Health IT | KLAS_ Large organizations rank Epic No. 1 practice management IT vendor.pdf |
| EPIC015633 | 2017 | Becker's ASC Review | Epic tops Best in KLAS for overall software suite, physician practice vendors.pdf |
| EPIC001684–001694 | 2012 | New York Times | Epic Systems, Digitizing Health Records Before It Was Cool - The New York Times 2012.pdf |

14.     Only three of the documents Plaintiff identified in support of its allegation of fame are dated prior to 2018.

15.     None of the documents Plaintiff identified in support of its allegation of fame is dated prior to 2010.

16.     Some of the documents Plaintiff identified in support of its allegation of fame reference that patient access to medical records is via a portal branded "MyChart." Attached as **Exhibit P** is a true and correct copy of the document produced by Plaintiff at Bates No. EPIC015629.

17.     Some of the documents Plaintiff identified in support of its allegation of fame include data regarding satisfaction with patient portals of providers, not patients or the general public. Attached as **Exhibit Q** is a true and correct copy of the document produced by Plaintiff at Bates No. EPIC015623.

18.     The majority of the documents Plaintiff identified in support of its allegation of fame, including the two from 2017, concern "Klas" research data. Attached as **Exhibit R** is a true and correct copy of the document produced by Plaintiff at Bates No. EPIC015632.

19.     Some of the documents Plaintiff identified in support of its allegation of fame concern data regarding hospitals "outside of the US" and "providers across the globe." Attached as **Exhibit S** are true and correct copy of the documents produced by Plaintiff at Bates No. EPIC015634, EPIC015628.

20. Attached as **Exhibit T** is a true and correct copy of a document produced by Plaintiff at Bates No. EPIC002049-EPIC002051.

21. Attached as **Exhibit U** are true and correct copies of documents produced by Plaintiff at Bates No. EPIC000941, EPIC017198, EPIC017209.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of January 2026 at San Diego, California.

_____
Hazel Mae B. Pangan

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, a copy of the foregoing document was filed with the Court via the Court's electronic filing system. Notice of the court filing will be served on all counsel of record via the Court's ECF system.

/s/ *Hazel Mae B. Pangan*
Hazel Mae B. Pangan